```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                  SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      Case No.  21CR0107-WQH
12         Plaintiff,              I N F O R M A T I O N
13     v.                          Title 18, U.S.C., Secs. 922(g)(1)
                                   and 924(a)(2) - Felon in
14  DAVID LEMONT HILL,             Possession of a Firearm
15         Defendant.
16
17       The United States Attorney charges:
18                              Count 1
19       On or about October 9, 2020, within the Southern District of
20  California, defendant DAVID LEMONT HILL, knowing his status as a
21  convicted felon, that is, a person who had previously been convicted in
22  a court of a crime punishable by imprisonment for a term exceeding one
23  year, did knowingly possess a firearm that traveled in and affected
24  interstate commerce, to wit a loaded Century Arms, Model Micro Draco,
25  7.62 caliber AK-47-style pistol bearing serial number PMD-12419-19 and
26  approximately 30 rounds of 7.62 caliber ammunition; in violation of
27  Title 18, United States Code, Section 922(g)(1).
28

*:*:San Diego/Imperial
1/13/21
```

## FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Information, defendant DAVID LEMONT HILL shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: loaded Century Arms, Model Micro Draco, 7.62 caliber AK-47-style pistol bearing serial number PMD-12419-19, approximately 30 rounds of 7.62 caliber ammunition, and a high-capacity 30-round magazine.

ROBERT S. BREWER, JR.
United States Attorney

By: _____
BRANDON J. KIMURA
Assistant U.S. Attorney