# EXHIBIT LIST
## United States v. David Lemont Hill
Criminal Case Number 21CR0107-WQH

_X_ Plaintiff   ___ Defendant   Type of Hearing: <u>Evidentiary</u>

| No. | DESCRIPTION | WITNESS | MOVED | ADMITTED |
|-----|-------------|---------|-------|----------|
| 1.  | Declaration |         |       |          |
| 2.  | 1255 East Washington | SDSD Alegria-Rodriguez | 3/25/22 | 3/25/22 |
| 3.  | 1294 East Washington | SDSD Alegria-Rodriguez | 3/25/22 | 3/25/22 |
| 4.  | 1520 East Washington | SDSD Alegria-Rodriguez | 3/25/22 | 3/25/22 |
| 5.  | Body Worn Camera | SDSD Alegria-Rodriguez | 3/25/22 | 3/25/22 |

1